

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00367-CV

In the Interest of **G.E.T.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00671
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the trial court's judgment is REVERSED, and this case is REMANDED to the trial court for entry of a judgment that: (1) appoints R.T. the sole managing conservator of G.E.T. with all the corresponding rights and duties of a sole managing conservator, including the right to receive child support from D.B.; (2) denies all relief sought in E.C.'s petition in intervention; (3) deletes all references to joint managing conservatorship; and (4) deletes all provisions ordering R.T. to pay child support to E.C. and to notify E.C. of any change of employer.

It is ORDERED that all parties bear their own costs on appeal.

SIGNED January 13, 2021.

Irene Rios, Justice